

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00779-CR

Paul Anthony **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 442717
Honorable Walden Shelton, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  November 26, 2014

DISMISSED; MOTION TO DISMISS GRANTED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM